**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Dontavious Hugo Jackson, Appellant.

Appellate Case No. 2010-180346

———————————

Appeal From Darlington County
J. Michael Baxley, Circuit Court Judge

———————————

Unpublished Opinion No. 2012-UP-476
Submitted July 2, 2012 – Filed August 1, 2012

———————————

**AFFIRMED**

———————————

Appellate Defender Tristan M. Shaffer and Appellate
Defender Susan B. Hackett, both of Columbia, for
Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney
General John W. McIntosh, Senior Assistant Deputy
Attorney General Salley W. Elliott, and Assistant
Attorney General Mark R. Farthing, all of Columbia; and
Solicitor William B. Rogers, Jr., of Bennettsville, for
Respondent.

———————————

**PER CURIAM:**  Dontavious Hugo Jackson appeals his convictions of first-degree burglary and grand larceny, arguing the trial court erred in denying his motion for a mistrial after a member of the jury venire panel announced to the court and other potential jurors that Jackson was a suspect in another burglary.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  *State v. Harris*, 340 S.C. 59, 63, 530 S.E.2d 626, 627-28 (2000) ("The granting or refusing of a motion for a mistrial lies within the sound discretion of the trial court and its ruling will not be disturbed on appeal absent an abuse of discretion amounting to an error of law."); *State v. Walker*, 366 S.C. 643, 658, 623 S.E.2d 122, 129 (Ct. App. 2005) ("Generally, a curative instruction is deemed to have cured any alleged error."); *Foye v. State*, 335 S.C. 586, 590 n.1, 518 S.E.2d 265, 267 n.1 (1999) (explaining jurors are presumed to have followed curative instructions and absent some showing of prejudice appellate courts will not presume prejudice).

**AFFIRMED.**

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.